

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Continental Casualty Company
    c/o CT Corporation System
    2 North Jackson Street – Suite 605
    Montgomery, AL 36104

    9590 9402 8884 4005 0848 89

2. Article Number (Transfer from service label)

    9589 0710 5270 0135 4343 33

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Tiffany Ford
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Tiffany Ford
C. Date of Delivery: 6-26-24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

Case 5:24-cv-00053-LCB   Document 5   Filed 07/01/24   Page 1 of 2

2024 Jul-01 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2024 JUL-1 P 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA



USPS TRACKING #

9590 9402 8884 4005 0848 89

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
101 Holmes Avenue, NE
Huntsville, AL 35801

5:24-cv-653-cob