Clerk, U.S. District Court
101 Holmes Avenue, NE
Huntsville, AL 35801

Case 5:24-cv-00653-LCB  Document 8  Filed 07/25/24  Page 1 of 1

unclaimed
RTS

9589 0710 5270 0135 4343 40

John Doe
754 Old Curley Rd.
Huntsville, AL 35811

JUL 25 2024
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

NIXIE 392 DE 1 0007/22/24
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 35801488199  *2066-02459-22-27

CERTIFIED MAIL

NEOPOST 06/18/2024
US POSTAGE $008.00

FIRST-CLASS MAIL
FILED
2024-07-25 PM 2:28
U.S. DISTRICT COURT
N.D. OF ALABAMA
ZIP 35203
041M11468305

FILED
2024 JUL 25 A 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA